**United States Bankruptcy Court**
**Eastern District of Michigan**

In re:  KOMECA L. THOMAS                               CASE  No. 16-45818
                                                      Judge: SHEFFERLY


        Debtors.
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate
### [To be completed fully]

   At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

   1. __ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

   2. __ Request confirmation of the debtor's plan, even though all timely objections have not been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts.  The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:


   3. _X_ Request an adjournment of the confirmation hearing to future date, due to the following good cause:  The Debtor requests an adjournment to resolve the objections to confirmation.
        Trustee's Objection:
        1. The Trustee objects to the direct payment to Ford Motor Credit - The Debtor filed an objection to the Proof of Claim as the Debtor was current with the payments at the time of filing.
        2. The Trustee objects to the vehicle payment - The Debtor will resolve in the OCP.
        3. The Trustee objects to retaining the vehicle - The Debtor will resolve in the OCP.
        4. The Trustee objects to the Plan as underfunded - The Debtor will amend the Plan.
        5. The Trustee filed objections to the exemptions - The Debtor filed a response.
        6. The Trustee objects for failure to treat the IRS liability - The Debtor will amend the Plan.

**7. The Trustee objects to the retirement deduction - The Debtor will stop the deduction.**
**8. The Trustee objects to the Debtor's transportation expense - The Debtor will resolve in the OCP.**


**4. ___ Dismiss the case.  [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13.  In that event, a separate motion to dismiss must be filed within 10 days.]**

**5. ___ Convert the case to chapter 7.  [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice.  Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]**


  **_/s/ Marshall D. Schultz____**
**Marshall D. Schultz  (P38040)**
**Debtor's Attorney**
**24100 Southfield Road #203**
**Southfield, MI  48075**
**248-559-6930**
**marshalld.schultz@gmail.com**